UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

CITATION / CASE NO. __5:05-mj-61 TAG__

JUDGMENT &
**ORDER TO PAY**

VS.

___Nancy N. Seaman___

SOCIAL SECURITY #: ~~_____~~
DATE OF BIRTH: ___05-20-51___
DRIVER'S LICENSE #: ___E0578172___
ADDRESS: ~~_____~~

~~City~~          ~~State~~          ~~Zip Code~~

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: __11 Oct 05__     _Nancy N. Seaman_
                        DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

~~CITATION~~ / CASE NO: __5:05-mj-61 TAG__  FINE __100.00__  ASGMT. __25.00__
CITATION / CASE NO: _____  FINE _____  ASGMT. _____

☑ **FINE TOTAL** of $ __100.00__ and a penalty assessment of $ __25.00__ within _____
___30___ (days)/~~months~~ or payments of $ _____ per month, commencing _____
and due on the _____ of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) **TRAFFIC SCHOOL BY:** _____ with proof mailed to _____
( ) **PROBATION** to be unsupervised / supervised for: _____

(✓) Count one of the Information is DISMISSED. _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

~~CENTRAL VIOLATIONS BUREAU~~      ~~CLERK, USDC~~           (CLERK, USDC
~~P.O. BOX 740026~~                ~~501 "I" St., #4200~~     1130 O Street, Rm 5000
~~Atlanta, GA 30374-0026~~         ~~Sacramento, CA 95814~~   Fresno, CA 93721)
~~1-800-827-2982~~

Your check or money order must indicate **your name** and ~~citation~~/case **number** shown above to ensure your account is credited for payment received.

DATE: __10|11|2005__     _for:_ U.S. MAGISTRATE JUDGE

**Clerk's Office**      ⊛                                    EDCA - 03 Rev 8/97